UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| JOHN WALKER, et al., | ) |
| | ) |
| PLAINTIFFS | ) |
| v. | ) |
| | ) CAUSE NO: 3:08-191-S |
| | ) |
| PHILIP MORRIS USA, INC., et al., | ) |
| | ) |
| DEFENDANTS | ) |

### MEMORANDUM OPINION AND ORDER

The case is before the Court on Phillip Morris USA's Motion to Dismiss and with the Court being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Defendant Phillip Morris USA's Motion to Dismiss will be held in abeyance until issues related to remand are resolved. At that time, if the Court finds jurisdiction, the plaintiffs will be instructed to file a response to the motion within 20 days.